Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Rodney Wayne Wolf

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY WAYNE WOLF,<br><br>          Plaintiff,<br><br>      vs.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>          Defendant | Case No.: 2:14-cv-09817-PJW<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

      Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

      IT IS ORDERED that fees and expenses in the amount of $2,750 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:     June 21, 2016     *Patrick J. Walsh*

_____
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE